UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20600-CIV-KING/SIMONTON

ANDRES GOMEZ,

    Plaintiff,

v.

FIRST CITIZENS BANCSHARES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice (D.E. #26) filed January 9, 2019, in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **October 4, 2019** and the **Trial** previously set for **December 9, 2019** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of January, 2019.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record